action] Stay granted to afford appellants opportunity to appeal to the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN CARON, Appellant.— Motion to dismiss appeal denied on condition appellant shall file his record and brief on or before December 15 and be ready for the January 1963 Term of this court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO J. FRANCISCONI, Appellant.— Motion to accept record as served granted. The issues to be considered on appeal are limited to the record as thus filed.

ROLAND J. FERNEKES et al., Respondents, v. CMP INDUSTRIES, INC., et al., Appellants.— Motion for reargument of motion granted, without costs. Upon reargument motion for leave to appeal to the Court of Appeals granted, without costs, upon condition that appellants within 10 days serve notice upon the respondents that they will abandon the appeal to this court and file a stipulation that such appeal shall be dismissed, without costs, and further that they perfect the appeal to the Court of Appeals within 20 days after such notice has been served.

JOSEPHINE CARUSO, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to resettle order of this court entered February 27, 1962, *nunc pro tunc* granted, without costs.

ALLSTATE INSURANCE COMPANY, Respondent, v. CAROLYN JAHRLING, Appellant.— Motion to resettle order of this court entered June 29, 1962, denied, with $10 costs.

VITO MARRARO, Doing Business as PLAZA PHARMACY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to resettle order of this court entered April 23, 1962, *nunc pro tunc* granted, without costs.

(A) BERTHA BANGS, Appellant, v. ARTHUR MALIAN et al., Defendants, and ABRAHAM STREIFER, Respondent. (B) BERTHA F. BANGS, Appellant, v. EDWARD DE GROFF, JR., et al., Defendants, and ABRAHAM STREIFER, Respondent.— [In each action] Motions denied, without costs.

JOSEPHINE BRAZINSKI, as Administratrix, Appellant, v. CITY OF COHOES, Respondent.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1962

## (September 6, 1962)

In the Matter of VICTOR E. MANZ et al., Respondents, v. JOSEPH GRANGER, Appellant.— Final order unanimously reversed, without costs of this appeal to any party and designating petition held invalid. Memorandum: We disagree with the conclusion reached by the Trial Justice that the members of the committee on vacancies were necessary parties to this proceeding. (*Matter of Kowal* v. *Dmochowski,* 14 A D 2d 665, affd. 10 N Y 2d 794; *Matter of Roman* v. *Power,* 10 N Y 2d 793.) On the merits, we agree with the conclusions stated in the Special Term memorandum as to the invalidity of certain signatures and we adopt those conclusions as our findings. This leaves an insufficient number of valid signatures upon the petition in question. (Appeal from final order of Erie Special Term dismissing the petition for lack of jurisdiction.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ. (Decided on Aug. 31, 1962 and order entered on Aug. 31, 1962.)